# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SALVADOR MONTOYA,

    Plaintiff,

vs.

HENDERSON POLICE DEPARTMENT, *et al.*,

    Defendants.

2:20-cv-01003-GMN-VCF

**ORDER**

    Before the Court is *Salvador Montoya v. Henderson Police Department, et al.*, case number 2:20-cv-1003-GMN-VCF.

    The court has obtained a Zoom account to conduct the settlement conference on May 12, 2021. No video links are needed from the parties.

    Accordingly,

    IT IS HEREBY ORDERED that counsel/the parties must email chambers at VCF_Chambers@nvd.uscourts.gov, with all email address(es) to be used for the video conference hearing by noon, May 7, 2021.

    DATED this 5th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE